# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 18, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160189

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* K.A. DAVIDSON, Minor.

SC: 160189
COA: 346153
Oakland CC Family Div:
 2016-845230-NA

_____/

On order of the Court, the application for leave to appeal the August 8, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 18, 2019



Clerk

b1015